Submitted March 19, 1964.
*Robert H. Kroah,* appellant, in propria persona; *John K. Reilly, Jr.,* District Attorney, for appellee.
Order affirmed.

## Commonwealth ex rel. Lester, Appellant, *v.* Myers.

Submitted March 18, 1964. *Lawrence Lester,* appellant, in propria persona; *William Porter* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.
Order affirmed.

## Commonwealth ex rel. Mayberry, Appellant, *v.* Russell.

Submitted March 16, 1964. *Richard J. Mayberry,* appellant, in propria persona; *Richard A. Devlin,* Assistant District Attorney, for appellee.
Order affirmed.

## Commonwealth ex rel. Mayberry, Appellant, *v.* Russell.

Argued March 18, 1964. *Leonard Zack,* with him *Gerald Gornish,* for appellant; *John F. Hassett,* Assistant District Attorney, with him *Thomas M. Reed,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District